COPE, Judge
(dissenting).
I respectfully dissent. I would affirm the order under review for the reasons stated by the trial court. See United States v. Brignoni-Ponce, 422 U.S. 873, 884-87, 95 S.Ct. 2574, 2582-83, 45 L.Ed.2d 607, 618-20 (1975); Hall v. Pennsylvania State Police, 570 F.2d 86, 89-91 (3d Cir. 1978); United States v. Carrizoza-Gaxiola, 523 F.2d 239, 241 (9th Cir.1975); United States v. Nicholas, 448 F.2d 622, 625 (8th Cir.1971); compare P.S.D. v. State, 388 So.2d 1069, 1070 n. 4 (Fla. 3d DCA 1980); Franklin v. State, 374 So.2d 1151, 1154 (Fla. 3d DCA 1979), cert. denied, 388 So.2d 1113 (Fla.1980).